UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                    :

LAURIE L. WILBY,                         :

                                                    Plaintiff,    :
                                                                   :           21-cv-9078 (VSB)
                           -against-                  :
                                                                   :              **ORDER**

HARTFORD LIFE AND ACCIDENT    :
INSURANCE COMPANY,             :

                                        Defendant.  :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       In anticipation of the post-discovery conference scheduled for August 16, 2022, at 11:00AM, it is hereby:

       ORDERED that the parties submit a joint status letter by August 10, 2022, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:  August 5, 2022
           New York, New York

                                                            Vernon S. Broderick
                                                             United States District Judge